2010-17566
FILED
July 03, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002753900

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

In re )
Raul Joaquin Carreon )
Maria De Jesus Carreon )
) Case No.
)
)
Debtor(s). )

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case *(please check and complete one)*:

[ ] on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of __ creditors, *[required with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]*

**OR**

[ ] typed in scannable format on paper, consisting of ____ pages and listing a total of ____ creditors, *[only acceptable with conventionally filed petitions not prepared by an attorney or bankruptcy petition preparer]*

**OR**

[ X ] electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of __12__ creditors, *[required with electronically filed petitions]*

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: June 29, 2010          /s/ Raul Joaquin Carreon
                              Debtor's Signature
DATED: June 29, 2010          /s/ Maria De Jesus Carreon
                              Joint Debtor's (if any) Signature

EDC 2-100 (Rev. 10/2007)

Raul Joaquin Carreon and Maria De Jesus Carreon

Beneficial
P.O. Box 45654
Salt Lake City, UT 84151

Cbc/finance & Thrift C
139 W Tulare
Dinuba, CA 93618

Citifinancial
300 Saint Paul Pl
Baltimore, MD 21202

Citimortgage Inc
Po Box 9438
Gaithersburg, MD 20898

Financial Credit Netwo
1300 W Main
Visalia, CA 93277

Kings Credit Service
510 N Douty St
Hanford, CA 93230

Lvnv Funding Llc
Po Box 740281
Houston, TX 77274

Pacific Gas & Electric
425 Market St
San Francisco, CA 94105

Pinnacle Credit Serivc
Po Box 640
Hopkins, MN 55343

Tulare County Superior Court
425 E. Kern
Tulare, CA 93274

Wffinancial
800 Walnut St
Des Moines, IA 50309

Zenith Acquisition
220 John Glenn Dr # 1
Amherst, NY 14228