

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 2501
Fresno, CA 93721-1318

(559) 499-5800
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**10/22/10**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

auto

# FINAL DECREE

Case Number:   10-17566 - B - 7

Debtor Name(s), Social Security Number(s), and Address(es):

Raul Joaquin Carreon
xxx-xx-9370

PO Box 863
Cutler, CA 93615

Maria De Jesus Carreon
xxx-xx-9684

PO Box 863
Cutler, CA 93615

Trustee:    James Edward Salven
            PO Box 25970
            Fresno, CA 93729

Telephone Number:    559-230-1095

Office of the United States Trustee:

For cases in the Sacramento Division and Modesto Division:   501 I Street, Room 7-500, Sacramento, CA 95814
For cases in the Fresno Division:   2500 Tulare Street, Suite 1401, Fresno, CA 93721

It appearing to the court that the Trustee in the above-entitled case has completed administration of this estate,

**IT IS ORDERED** that the estate is hereby closed, that the trustee is hereby discharged, and that the trustee's bond is hereby released from further liability, except any liability which may have accrued during the time such bond was in effect for the estate of this case.

Dated:
10/22/10

For the Court,
Wayne Blackwelder , Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0972-1        User: admin              Page 1 of 1             Date Rcvd: Oct 22, 2010
Case: 10-17566              Form ID: L51             Total Noticed: 1
```

```
The following entities were noticed by first class mail on Oct 24, 2010.
tr           +James Edward Salven,   PO Box 25970,   Fresno, CA 93729-5970

The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 24, 2010**                          Signature: *Joseph Speetjens*